IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KENDAHL EVAN FANT                                                    PLAINTIFF

v.                                        Case No. 6:25-cv-6074

FRANK BISIGNANO, Commissioner,
Social Security Administration                                       DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. Judge Comstock recommends that Defendant's denial of Plaintiff's claim for disability insurance benefits be reversed and remanded for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 15) in toto. Accordingly, Defendant's denial of Plaintiff's claim for disability insurance benefits is **REVERSED**, and this case is hereby **REMANDED** for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**, this 5th day of June, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge