IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KENDAHL EVAN FANT                                                           PLAINTIFF

v.                                          Case No. 6:25-cv-6074

FRANK BISIGNANO, Commissioner,
Social Security Administration                                             DEFENDANT

## JUDGMENT

In accordance with the Court's Order of even date adopting United States Magistrate Judge

Christy C. Comstock's Report and Recommendation (ECF No. 15), Judgement is hereby entered

in favor of Plaintiff.

**IT IS SO ORDERED**, this 5th day of June, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge