IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KENDAHL EVAN FANT PLAINTIFF

v. Case No.: 6:25-cv-6074

FRANK BISIGNANO, Commissioner,
Social Security Administration DEFENDANT

# ORDER

On September 3, 2026, Plaintiff filed a Motion seeking an award of attorney's fees in the total amount of $8,170.68 pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act (EAJA). ECF No. 18. Defendant responded. ECF No. 19. The Motion was referred to the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF 20. Thereafter, the Report and Recommendation ("R&R") was filed. ECF No. 20. Plaintiff has filed an objection. ECF No. 21.

## Attorney's Fees

Plaintiff and Defendant do not dispute the hourly rate for attorney's fees. ECF No. 20. In the R&R, Judge Comstock recommends adjustment of the hourly rate for attorney work to be compensated at the approved hourly rates: 28.1 hours at the 2025 rate of $252.00 ($7,081.20.00) and 0.4 hours at the 2026 rate of $257.00 ($102.80). ECF No. 20, p. 4. In sum, the total amount for attorney's fees equals $7,184.00.

## Paralegal Fees

Judge Comstock recommends paralegal services be awarded at a rate of $75.00 per hour based on the approved hourly rate in the Western District of Arkansas. ECF No. 20, p. 4. Defendant does not dispute that the total requested time for paralegal hours was seven (7) hours. With these adjustments, Judge Comstock recommends that Plaintiff is entitled to an adjusted

attorney's fee award of $7,709.00. ECF No. 20, p. 4; ($7,184.00 + (7 hours x $75) = $7,709.00).

Plaintiff's sole objection lies in the hourly rate recommended for paralegals. ECF No. 21. Plaintiff contends that $125.00 per hour for paralegal services is reasonable as it is closer to the prevailing market paralegal compensation rates. ECF No. 21. Plaintiff also states that Defendant has not objected to this hourly rate. ECF No. 21; *see also* ECF No. 19 ("The Commissioner does not object to an attorney fee award of $8,059.00 (28.1 hours at the hourly rate of $252.00 and .4 hours at the hourly rate of $257.00 and $875.00 for paralegal hours").

**Applicable Law**

The statutory ceiling for an EAJA fee award is $125.00 per hour. See U.S.C. § 2412(d)(2)(A). The Western District has previously indicated that submission of evidence establishing the market rate is a sufficient basis for increasing the compensation rate for paralegal services. *Murphy v. Astrue*, No. 3:07-CV 03020, 2008 WL 4493236, at *3 (W.D. Ark. Oct. 3, 2008). The decision to increase the hourly rate is not automatic and remains at the discretion of the district court. *McNulty v. Sullivan*, 886 F.2d 1074 (8th Cir. 1989). The Eighth Circuit has stated that the hourly rate may be increased when there is "uncontested proof of an increase in the cost of living sufficient to justify hourly attorney's fees" in excess of the statutory ceiling, such as a copy of the Consumer Price Index. *Blakeslee v. Soc. Sec. Admin.*, 2024 WL 2012496, at *1 (E.D. Ark. 2024) citing *Johnson v. Sullivan*, 919 F.2d 503, 505 (8th Cir. 1990). Use of the CPI "should result in consistent hourly fee awards in each case, rather than producing disparate fee awards from each court within the district or from different districts within this circuit." *Id.*

Pursuant to Amended General Order 39, which references the CPI- South Index, the Court has determined that enhanced hourly rates based on a cost-of-living increase are appropriate. Plaintiff has demonstrated that the CPI justifies a higher hourly rate and is in line

with rates approved by this Court in prior decisions. *Hamilton v. Comm'r, Soc. Sec. Admin.*, No. 1:25-CV-1034, 2025 WL 3671745 (W.D. Ark. Dec. 17, 2025) (authorizing recovery for paralegal hours at an hourly rate of $120.00).

After reviewing the record, the submitted time log, and considering the Commissioner's lack of objection to the time spent or the requested hourly amount, the Court finds that the rate of $125.00 per hour for the task completed by the paralegals is reasonable under these circumstances. This view is further supported by a decision from the Eastern District of Arkansas where the Court found that a rate of $125.00 per hour for the task completed by the paralegals was reasonable under similar circumstances. *Martin v. Comm'r of Soc. Sec.*, No. 4:25-CV-730-JM, 2026 WL 2411183 (E.D. Ark. Aug. 17, 2026). In addition, Plaintiff requests additional attorney's fees for 4.3 hours of work at the $257.00 hourly rate associated with objecting to the R & R, for an additional $1,105.10. Plaintiff moves the Court for an award of attorney's fees in the amount of $8,059.002 plus $1,105.10 to draft this reply for a total of $9,164.10.

The Court adopts the Report and Recommendation to the extent that it recommends the attorney's fees but declines to adopt the Report and Recommendation to the extent that it recommends the amount associated with paralegal fees. ECF No. 20. Plaintiff is awarded $7,184.00 in attorney's fees, $840.00 in paralegal fees, and the additional $1,105.10 for work associated with the reply brief, for a total award of $9,129.10. The fee award is payable to Plaintiff if it has been determined she has any pre-existing debt owed to the United States under 31 U.S.C. § 3716. Otherwise, the government should pay the fees directly to Plaintiff's attorney. In either event, the payment should be mailed to the care of Plaintiff's attorney.

**IT IS SO ORDERED**, this 1st day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge